**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CITY OF NORTH LITTLE ROCK,  PLAINTIFF
ARKANSAS

v.  No. 4:10CV01689 JLH

UNION PACIFIC RAILROAD COMPANY;
and ARKANSAS MIDLAND RAILROAD
COMPANY, INC.  DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 21st day of April, 2011.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE